NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOYCE WHITE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2011-3108

---

Petition for review of the Merit Systems Protection Board in case no. DC0752110137-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the United States Postal Service to intervene,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The respondent and intervenor should calculate their brief due dates from the date of filing of this order.

FOR THE COURT

JUL 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
Joshua A. Mandlebaum, Esq.
Calvin Morrow, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2011

JAN HORBALY
CLERK